390 A.2d 306

Greenberg, Appellant, v. Ruggiero et ux.

Argued March 27, 1978.   Richard W. Kessler, with him Walter W. Rabin, for appellant;   Ronald Jay Bayer, for appellees.

Order affirmed.

390 A.2d 306

Griffin et al. v. Washburn et al., Appellants, et al.

Argued March 22, 1978.   Robert M. Hammond, with him Randolph A. Scott, for appellants;   Ward T. Williams, for appellees, Griffins;   W. Renz, with him William B. Moyer, for appellee, Derek Maier.

Order affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.